**UNITED STATES of America,
Plaintiff–Appellee,**

v.

Rogelio Jaimes **JAIMES VILLA-NUEVA**, also known as Rogelio Villanueva Jaimes, also known as Rogelio Jaimes Villanueva, also known as **Rogelio Jaimes Vaillanueva**, Defendant–Appellant.

No. 12–20330
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 12, 2013.

Paula Camille Offenhauser, Assistant U.S. Attorney, Renata Ann Gowie, Assis-

**420**

tant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before WIENER, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

Rogelio Jaimes Jaimes Villanueva challenges the sentence imposed following his conviction for illegal reentry of a previously deported alien in violation of 8 U.S.C. § 1326(a) and (b)(2). On appeal, he argues that the district court erred in treating his prior conviction for sexual assault of a child under Texas Penal Code § 22.011(a)(2) as a crime of violence under U.S.S.G. § 2L1.2(b)(1)(A)(ii), and as an aggravated felony under § 1326(b)(2), as defined by 8 U.S.C. § 1101(a)(43)(A). Villanueva's arguments are foreclosed. *See United States v. Rodriguez*, 711 F.3d 541, 562–63 & n. 28 (5th Cir.2013) (en banc), *petition for cert. filed* (June 6, 2013)(No. 12–10695). Accordingly, the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.